**Motion Granted; Order filed May 20, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00777-CR
NO. 14-13-00776-CR

_____

**AKILLEON LARAN CHASE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause Nos. 1338722 & 1338723**

## ORDER

Appellant's court-appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. Appellant has made known to this Court his desire to review the record and file a pro se brief. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969).

Accordingly, we hereby direct the Judge of the 174th District Court to afford appellant an opportunity to view the trial record in accordance with local procedure; that the clerk of that court furnish the record to appellant on or before **June 6, 2014;** that the

clerk of that court certify to this court the date on which delivery of the record to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM